UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EVELYN HOLT,<br>666 E Street, NE<br>Washington, DC 20002<br><br>MADELEINE MIGUEL,<br>6663 Debra Lu Way<br>Springfield, Virginia 22150<br><br>      Plaintiffs,<br><br>v.<br><br>WASHINGTON METROPOLITAN AREA<br>TRANSIT AUTHORITY (WMATA),<br>600 Fifth Street, NW<br>Washington, DC 20001-2693<br><br>      Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CASE NO. 1:16-cv-2459<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Defendant, WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ("WMATA"), by and through its counsel, Bonner Kiernan Trebach & Crociata, LLP, and pursuant to 28 U.S.C. §§ 1441 and 1446, and D.C. Code §9-1107.01(81) (2001), hereby removes the above-captioned matter to this Court. The grounds for removal are set forth below.

### Nature of Plaintiff's Claim

1.    On or about December 6, 2016, the above-captioned action was filed against WMATA in the Superior Court of the District of Columbia under Case No. 2016 CA 008784 B. Defendant WMATA was served with process on or about December 13, 2016. In accordance

with 28 U.S.C. § 1446(a), true and correct copies of the Complaint, Summons, and Initial Order and Addendum are attached hereto as Exhibit A.

2. The Complaint alleges that Plaintiffs sustained injuries while passengers on a Yellow Line subway train on January 12, 2015.

3. The Complaint asserts one count for Negligence.

**Procedural Posture**

4. This Notice of Removal is filed within thirty (30) days after service of the Summons and Complaint, and is therefore timely.  See 28 U.S.C. § 1446(b).

**Jurisdiction and Venue**

5. This is a civil action over which this Court has original jurisdiction under the WMATA Compact, Public Law 89-774, paragraph 81, approved by Congress on November 6, 1966, as amended, reprinted at D.C. Code 9-1107.01, Section 81, which provides:

> The United States District Courts shall have original jurisdiction, concurrent with the Courts of Maryland and Virginia, of all actions brought by or against the Authority and to enforce subpoenas issued under this Title.  Any such action initiated in a State Court shall be removable to the appropriate District Court in the manner provided by Act of June 25, 1948, as amended [28 U.S.C. §1446].

6. Venue is proper because this district embraces the jurisdiction in which Plaintiffs initiated their lawsuit.

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed contemporaneously with the Clerk of the Superior Court of the District of Columbia, and served along with written notice on Plaintiffs' counsel of record.  A copy of the Notice to the Clerk of Removal is attached hereto as Exhibit B.

8. No admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved to Defendant.

WHEREFORE, Defendant WASHINGTON AREA METROPOLITAN TRANSIT AUTHORITY hereby removes the above-captioned matter, in its entirety, to this Court.

DATED this 16th day of December, 2016.

Respectfully submitted,

BONNER KIERNAN TREBACH & CROCIATA, LLP

/s/ **Mana Kinoshita**
Barry D. Trebach, Esquire (DC Bar No. 358975)
Joseph J. Bottiglieri, Esquire (DC Bar No. 418523)
William H. White Jr., Esquire (DC Bar No. 461341)
Nimalan Amirthalingam, Esquire (DC Bar No. 485117)
Matthew H. Johnson, Esquire (DC Bar No. 502942)
Mana Kinoshita, Esquire (DC Bar No. 1002191)
1233 20th Street, NW
8th Floor
Washington, DC  20036
Tel.: 202-712-7000
Fax: 202-712-7100
Email: btrebach@bonnerkiernan.com
Email: jbottiglieri@bonnerkiernan.com
Email: wwhite@bonnerkiernan.com
Email: namirthalingam@bonnerkiernan.com
Email: mjohnson@bonnerkiernan.com
Email: mkinoshita@bonnerkiernan.com

Kathleen A. Carey, Esquire (DC Bar No. 357990)
*Chief Counsel-Torts*
WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
600 Fifth Street, NW
Washington, DC 20001
Tel.: 202-962-1496
Fax: 202-962-2550
Email: kcarey@wmata.com

Brendan H. Chandonnet, Esquire (DC Bar No. 986719)
*Assistant General Counsel*
WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
600 Fifth Street, NW
Washington, DC 20001
Tel.: 202-962-2805
Fax: 202-962-2550
Email: bchandonnet@wmata.com
*Counsel for Defendant*
*Washington Metropolitan Area Transit Authority*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing NOTICE OF REMOVAL was provided via the Court's ECF system, this 16th day of December 2016, to:

Craig D. Miller
1130 Connecticut Avenue, NW, Suite 350
Washington, DC 20036
*Counsel for Plaintiff*

/s/ *Mana Kinoshita*_____
Mana Kinoshita